1036

[No. 73252-8-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL ANASTASIA HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02936-1, Laura C. Inveen, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Spearman, JJ.

[No. 73297-8-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK RICARDO BORDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12186-7, William L. Downing, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 73313-3-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL P. FOLTYNIEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06501-5, Chad Allred, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Leach, JJ.

[No. 73367-2-I.   Division One.   June 20, 2016.]

*In the Matter of the Marriage of* FOSTER JONES, *Respondent*, and MASHAWNA AUSLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-02976-8, Julie A. Spector, J., entered April 9, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Schindler, JJ.